UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| SOLAR JUNCTION CORPORATION | |
|---|---|
| Plaintiff, | |
| -v.- | 17 Civ. 9478 (KPF) |
| SEOKJAE CHUNG; KALYAN NUNNA; RODNEY PELZEL; HOWARD WILLIAMS; and ROBERT YANKA, | ORDER |
| Defendants. | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| SOLAR JUNCTION CORPORATION | |
|---|---|
| Plaintiff, | |
| -v.- | 18 Civ. 2564 (KPF) |
| IQE PLC, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' joint status letters in these related cases. (No. 17 Civ. 9478, Dkt. #84; No. 18 Civ. 2564, Dkt. #81). After carefully reviewing the parties' submissions, the Court finds that a stay in the *Chung* action is unwarranted and that briefing should proceed on the parties' motions to confirm the arbitral award, vacate the arbitral award, and dismiss the *Chung* action. With that in mind, the Court ORDERS the following briefing schedule: all opening motions from all parties shall be filed on or before **March 20, 2020**; all opposing papers shall be filed on or before **April 20, 2020**; and all reply

papers shall be filed on or before **May 4, 2020**. The Court will waive its usual requirement of a pre-motion conference, finding that such a conference is unnecessary under the circumstances.

Furthermore, the Court hereby ORDERS the stay in the *Chung* action lifted.

Finally, the Court DENIES Defendants' application to consolidate their cases. The Court considers the cases functionally consolidated and will consider the briefing from all parties together.

SO ORDERED.

Dated: February 18, 2020
       New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge